**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00039-CV

### THE CITY OF DALLAS, Appellant

### V.

### THOMAS A. DAVENPORT, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09411-K**

## ORDER

The Court has before it appellant's June 7, 2013 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by July 15, 2013.

/s/ ELIZABETH LANG-MIERS
JUSTICE